UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
REDDING BRANCH

UNITED STATES OF AMERICA

vs.

WILLIAM R. FEASTER

CASE NO. 11-mj-0002 CMK

AMENDED ORDER TO PAY

The Defendant, having been found guilty of violating 36 CFR 261.11(e), after entry of a guilty plea thereto, on February 8, 2011, was

ORDERED TO PAY THE FOLLOWING:

Fine: $ 490.00           Assessment: $ 10.00

Upon application of Defendant, the court shall amend the conditions of payment as follows: Defendant is ordered to pay $50 or more per month beginning March 1, 2011, and continuing monthly until paid in full. Said payments to be made to the U.S. District Court Clerk, 501 I Street, Sacramento, CA 95814.

DATED: May 26, 2011

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE